IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RICHARD DONALDSON,           *
                             *
      Plaintiff,             *
                             *
      v.                     *           CV 618-125
                             *
CITY OF BROOKLET, JOHN BAKER, *
and LAWRENCE MEYER, III,     *
                             *
      Defendants.            *

## O R D E R

Presently before the Court is the parties' Stipulation of Dismissal. (Doc. 23.) Plaintiff and all Defendants consent to dismissal; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. All parties shall bear their own costs and attorney's fees except as provided for in the parties' agreement. The Clerk is directed to close this case.

**ORDER ENTERED** at Augusta, Georgia this 20th day of November, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA